United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 26-5224** **September Term, 2026**

**1:25-cv-04480-CRC**

**Filed On: September 16, 2026** **[2193338]**

Joyce Beatty,

Appellee

v.

Donald J. Trump, et al.,

Appellants

------------------------------

Consolidated with 26-5322

**<u>O R D E R</u>**

It is **ORDERED**, on the court's own motion, that these cases be consolidated.

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY: /s/
Laura M. Morgan
Deputy Clerk