[ORAL ARGUMENT NOT YET SCHEDULED]

**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

| | |
|---|---|
| JOYCE BEATTY,<br><br>Plaintiff-Appellee,<br><br>v.<br><br>DONALD TRUMP, et al.,<br><br>Defendants-Appellants. | Nos. 26-5224, 26-5322 |

**MOTION TO RETAIN ORIGINAL BRIEFING DEADLINE, ALLOWING FOR EXPEDITED CONSIDERATION**

Appellants respectfully move the Court to order that Appellants' consolidated opening brief in *Joyce Beatty v. Donald Trump*, Nos. 26-5224, 26-5322, be due on September 28, 2026.

1. This consolidated appeal arises from the same district court action concerning the Board of the John F. Kennedy Center for the Performing Arts's attempts to recognize the contributions of President Donald Trump. In December 2025, after the Board passed a resolution, the Center erected signage on the Center's front portico identifying the Center as the "Donald J. Trump and the John F. Kennedy Memorial Center for the Performing Arts." In May

2026, the district court permanently enjoined implementation of the naming resolution. Dkt. 49 at 2. Appellants timely appealed from that order, which is docketed as No. 26-5224. On August 13, 2026, the Board passed another resolution, which would recognize President Trump in other ways. Dkt. 66-2. On September 15, 2026, the district court enjoined the Center from implementing most of this resolution, save for one part that the Court concluded was not ripe for resolution. *See* Dkt. 77. Appellants timely appealed from that order, which is docketed as No. 26-5322. This Court *sua sponte* consolidated the two appeals.

2. In Case No. 26-5224, Appellants' opening brief is currently due September 28, 2026. *See* Doc. #2188488, *Beatty v. Trump*, 26-5224 (Aug. 17, 2026); Doc. #2193197, *Beatty v. Trump*, 26-5224 (Sept. 15, 2026) (moving to withdraw request for an extension of time). Appellants request that this deadline remains for the consolidated opening brief. This will allow for expedited consideration of both appeals and ensure that this Court is able to quickly weigh in on the novel and weighty legal questions raised.

3. Appellee did not oppose Appellant's motion to withdraw the request for an extension of time in No. 26-5224, which, if granted, would leave the original briefing schedule in place, and did not oppose consolidation.

For the foregoing reasons, the Court should grant Appellants' motion to maintain the September 28, 2026, deadline for the opening brief in this consolidated case.

Respectfully submitted,

BRETT SHUMATE
Assistant Attorney General

*/s/ Brantley T. Mayers*
BRANTLEY T. MAYERS
Attorney
Civil Division, Room 3338
U.S. Department of Justice
950 Pennsylvania Ave., N.W.
Washington, D.C. 20530
(202) 890-9874

SEPTEMBER 2026

## CERTIFICATE OF COMPLIANCE

I certify that the foregoing complies with the type-volume limitation of Federal Rule of Appellate Procedure 27(d), because it contains 338 words according to the count of Microsoft Word and is printed in Calisto MT 14-point font.

*/s/ Brantley T. Mayers*
BRANTLEY T. MAYERS