# United States Court of Appeals

**FOR THE DISTRICT OF COLUMBIA CIRCUIT**


---

**No. 26-5224** **September Term, 2026**

**1:25-cv-04480-CRC**

**Filed On:** October 7, 2026

Joyce Beatty,

Appellee

v.

Donald J. Trump, et al.,

Appellants

------------------------------

Consolidated with 26-5322

**BEFORE:** Pillard, Wilkins, and Garcia, Circuit Judges

## <u>**O R D E R**</u>

Upon consideration of the motion for an extension of time, the opposition thereto, and the reply, it is

**ORDERED** that the motion for an extension of time be granted. The following revised briefing schedule will apply for these cases:

| | |
|---|---|
| Appellee's Brief | November 30, 2026 |
| Appellants' Reply Brief | December 21, 2026 |

**Per Curiam**

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY: /s/
Selena R. Gancasz
Deputy Clerk